UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 07-5153-SJO (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: <u>January 7, 2010</u>.

　　　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Ledesma v Felker Order accep R and R .wpd