UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LEDESMA, | ) | CASE NO. CV 07-5153-SJO (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TOM FELKER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   January 7, 2010  .

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Ledesma v Felker Judgment.wpd